FILED

SEP 2 3 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Sharon L. Kinsey, Esq. (SBN 187285)
2  KINSEY CONSUMER LAW CENTER
   16400 Bonney Road
3  Watsonville, California 95076
4  Tel : (831) 274-2417
   Fax : (831) 274-2512
5

6  Attorneys for Plaintiff,
   **ANDRES SANCHEZ, an individual**
7  **And On Behalf of The General Public**

8
   Elizabeth L. Kolar, Esq. (SBN 168935)
9  William N. Blasser, Esq. (SBN 232291)
   **KOLAR & ASSOCIATES**
10 3111 North Tustin Avenue, Suite 140
11 Orange, California 92865
   Tel : (714) 283-9292
12 Fax : (714) 283-9293
13

14 Attorneys for Defendant,
   **HAYWARD TOYOTA**
15 **and AUTONATION FINANCIAL SERVICES CORPORATION**

16                  UNITED STATES DISTRICT COURT
17                  NORTHERN DISTRICT OF CALIFORNIA
18                  OAKLAND DIVISION

                                                    MHP
19 ANDRES SANCHEZ              )  CASE NO.:    C05-00042 FMS
                               )  JUDGE:       Hon. Fern M. Smith
20       Plaintiffs,           )  DEPARTMENT: 15
                               )  COMPLAINT DATE: 01/04/05
21    vs.                      )
                               )  **STIPULATED NOTICE OF**
22 HAYWARD TOYOTA, TOYOTA      )  **DISMISSAL PURSUANT TO RULE**
   MOTOR CREDIT CORPORATION,   )  **41 (a)(1)(ii), F.R.C.P.**
23 aka TOYOTA FINANCIAL        )
   SERVICES, AUTONATION        )
24 FINANCIAL SERVICES CORP., and )
   DOES 1 THROUGH 20           )
25                             )
         Defendants.           )
26

27 ///

28

                              - 1 -
   STIPULATED NOTICE OF DISMISSAL PURSUANT TO RULE 41 (a)(1)(ii), F.R.C.P.

1   Plaintiff ANDRES SANCHEZ and Defendant HAYWARD TOYOTA,
2   hereby stipulate to the dismissal of the entire action with prejudice pursuant to
3   Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

DATED: September 16, 2005                    **KOLAR & ASSOCIATES**

By: _____/s/_____
ELIZABETH L. KOLAR, ESQ.
WILLIAM N. BLASSER, ESQ.
Attorneys for Defendant
**HAYWARD TOYOTA
and AUTONATION FINANCIAL
SERVICES CORPORATION**

DATED: September 16, 2005                    **LAW OFFICES OF SHARON KINSEY**

By: _____/s/_____
SHARON KINSEY, ESQ.
Attorneys for Plaintiff
**ANDRES SANCHEZ**

\\Kolar_server\data\LAW\KOLAR CURRENT FIRM CASE FILES\GAL\3094\P-Request for Dismissal

IT IS SO ORDERED
9/22/05
U.S. DISTRICT JUDGE

- 2 -
STIPULATED NOTICE OF DISMISSAL PURSUANT TO RULE 41 (a)(1)(ii), F.R.C.P.